**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION**

SOUTHERN DISTRICT OF MISSISSIPPI
**F I L E D**
JAN - 5 2006
J. T. NOBLIN, CLERK
BY_____ DEPUTY

| | |
|---|---|
| **CLARLERIE VAUGHN,** | ) |
|        **Plaintiff,** | ) |
| | ) |
| **v.** | )    **CIVIL ACTION NO. 2:05-CV-343 KS-JMR** |
| | ) |
| **CITIGROUP, et al.,** | ) |
| | ) |
|        **Defendants.** | ) |
| | ) |

## ORDER

Having considered the parties' Joint Stipulation of Dismissal dismissing Plaintiff, Clarlerie Vaughn, from this case with prejudice, the Court hereby finds that the Joint Stipulation of Dismissal is granted.

It is therefore **ORDERED, ADJUDGED,** and **DECREED** that Plaintiff, Clarlerie Vaughn, is hereby dismissed from this case with prejudice, costs taxed as paid.

UNITED STATES DISTRICT COURT JUDGE